| | |
|---|---|
| 1  McGREGOR W. SCOTT | **FILED** |
| 2  United States Attorney | JUL - 6 2005 |
| 3  BOBBIE J. MONTOYA<br>Assistant U. S. Attorney | CLERK, U.S. DISTRICT COURT<br>EASTERN DISTRICT OF CALIFORNIA |
| 4  501 I Street, Suite 10-100<br>Sacramento, CA 95814-2322 | BY_____<br>DEPUTY CLERK |
| 5  Telephone: (916) 554-2700 | |



6  Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ABEL TOMELLOSO,

    Plaintiff,

v.

JO ANNE B. BARNHART,
Commissioner of
Social Security,

    Defendant.

CASE NO. 2:03-CV-02204-GGH

STIPULATION AND [proposed]
ORDER SETTLING ATTORNEY'S
FEES PURSUANT TO THE EQUAL
ACCESS TO JUSTICE ACT

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that counsel for plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of THREE THOUSAND EIGHT HUNDRED EIGHTY NINE AND 85/100 DOLLARS ($3,889.85). This amount represents compensation for legal services rendered on behalf of plaintiff by plaintiff's attorney in accordance with 28 U.S.C. § 2412(d).

1

1   This stipulation constitutes a compromise settlement of plaintiff's request for all fees under
2   the EAJA, and does not constitute an admission of liability on the part of defendant under the EAJA.
3   Payment of the THREE THOUSAND EIGHT HUNDRED EIGHTY NINE AND 85/100 DOLLARS
4
5   ($3,889.85) in fees shall constitute a complete release from and bar to any and all claims plaintiff
6   may have relating to EAJA fees in connection with this action.

7   DATED: June 27, 2005           /s/ Ann M. Cerney
8                                   ANN M. CERNEY
                                    Attorney at Law
9
10                                  Attorney for Plaintiff
11
12  DATED: June 28, 2005            McGREGOR W. SCOTT
                                    United States Attorney
13
14                                  By: /s/ Bobbie J. Montoya
15                                  BOBBIE J. MONTOYA
                                    Assistant U. S. Attorney
16
17                                  Attorneys for Defendant

18  OF COUNSEL

19  LUCILLE GONZALES MEIS
20  Chief Counsel, Region IX

21  DENNIS J. HANNA
    Assistant Regional Counsel
22
23  Social Security Administration

24
25
26
27  _____
28  Re: ABEL TOMELLOSO v. JO ANNE B. BARNHART, CASE NO. 2:03-CV-02204-GGH, Stipulation and Order
    Settling Attorney's Fees Pursuant to the Equal Access to Justice Act

———oOo———

## ORDER

Upon stipulation of the parties, plaintiff in CASE NO. 2:03-CV-02204-GGH, <u>ABEL TOMELLOSO v. Jo Anne B. Barnhart</u>, is hereby awarded attorney fees in the amount of $3,889.85, pursuant to the Equal Access to Justice Act.

APPROVED AND SO ORDERED.

DATED: July 5, 2005

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE